| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
February 12, 2016
David J. Bradley, Clerk

JOSE LUIS BERNAL, §
§
    Petitioner, §
§
*versus* §     CIVIL ACTION H-15-2407
§
WILLIAM STEPHENS, §
§
    Respondent. §

## Order of Adoption

On January 19, 2016, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (14). Petitioner filed an objection (16). After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Bernal's petition for writ of habeas corpus is denied with prejudice.

Signed February 12, 2016, at Houston, Texas.

                                                  Lynn N. Hughes
                                     United States District Judge